**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 06 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| AMYLIN PHARMACEUTICALS, INC., | No. 11-55939 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 3:11-cv-01061-JLS-NLS Southern District of California, San Diego |
| v. | |
| ELI LILLY AND COMPANY, | ORDER |
| Defendant - Appellee. | |

Before: FERNANDEZ and CALLAHAN, Circuit Judges, and TIMLIN, Senior District Judge.[*]

The parties' joint motion to voluntarily dismiss the appeal pursuant to Federal Rule of Appellate Procedure 42(b), filed after the issuance of our memorandum disposition, is **DENIED**.  *See Okla. Radio Assocs. v. FDIC*, 3 F.3d 1436 (10th Cir. 1993) (citing cases).

---

[*] The Honorable Robert J. Timlin, Senior District Judge for the U.S. District Court for Central California, sitting by designation.